UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ZENIO MEJIA,

                  Plaintiff,

      - against -

MOISHE MANA *et al.*

                 Defendants.

Case No. 17-cv-12198-SDW-LDW

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Zenio Mejia, and defendants Moishe Mana, Eugene Lemay, Micha Lang, Rami Haim, Guarantee Wine Storage, d/b/a Mana Fine Arts, and Moishe's Guarantee Asset Management, Inc. d/b/a GAM Inventory Management Services, by their undersigned counsel, stipulate and agree that this case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his own costs, expenses, and attorney's fees.

Date: September __, 2018                    Respectfully submitted,


                                            VIRGINIA & AMBINDER, LLC


                                            By: _____
                                                Kara Miller, Esq.
                                                40 Broad Street, 7th Floor
                                                New York, New York 10004
                                                (212) 943-9080

                                                *Counsel for Plaintiff*


                                            KOSTELANETZ & FINK, LLP

                                            By: _____
                                                Christopher M. Ferguson
                                                7 World Trade Center
                                                New York, New York 10007
                                                (212) 808-8100

                                                *Counsel for Defendant Moishe Mana*


                                            FRAN MULNICK PARKER PC


                                            By: _____
                                                Fran Mulnick Parker
                                                888 Newark Avenue
                                                Jersey City, NJ 07306
                                                (201) 647-7392

                                                *Counsel for Defendant Eugene Lemay*

CHASAN, LEYNER, & LAMPARELLO, PC

By: _____
Cindy Nan Vogelman
300 Lighting Way
Secaucus, NJ 07094
(201) 348-6000

*Counsel for Defendant Micha Lang*

SCHIFF HARDIN, LLP

By: _____
Brittany Hope Sokoloff
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 753-5000

*Counsel for Defendant Rami Haim*

POTTERS & DELLA PIETRA LLP

By: _____
Gary Potters
100 Passaic Avenue
Fairfield, NJ 07004
(973) 575-5240

*Counsel for Defendants Guarantee Wine Storage, d/b/a Mana Fine Arts, and Moishe's Guarantee Asset Management, Inc. d/b/a GAM Inventory Management Services*

Date: September ___, 2018                         Respectfully submitted,

                                                  VIRGINIA & AMBINDER, LLC

                                                  By: _____
                                                  Kara Miller, Esq.
                                                  40 Broad Street, 7th Floor
                                                  New York, New York 10004
                                                  (212) 943-9080

                                                  *Counsel for Plaintiff*


                                                  KOSTELANETZ & FINK, LLP

                                                  By: _____
                                                  Christopher M. Ferguson
                                                  7 World Trade Center
                                                  New York, New York 10007
                                                  (212) 808-8100

                                                  *Counsel for Defendant Moishe Mana*


                                                  FRAN MULNICK PARKER PC

                                                  By: _____
                                                  Fran Mulnick Parker
                                                  888 Newark Avenue
                                                  Jersey City, NJ 07306
                                                  (201) 647-7392

                                                  *Counsel for Defendant Eugene Lemay*

CHASAN, ~~LEYNER,~~ & LAMPARELLO, Mellon &
PC                                   Cappuzzo

By: _____
Cindy Nan Vogelman
300 Lighting Way
Secaucus, NJ 07094
(201) 348-6000

*Counsel for Defendant Micha Lang*


SCHIFF HARDIN, LLP


By: _____
Brittany Hope Sokoloff
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 753-5000

*Counsel for Defendant Rami Haim*


POTTERS & DELLA PIETRA LLP


By: _____
Gary Potters
100 Passaic Avenue
Fairfield, NJ 07004
(973) 575-5240

*Counsel for Defendants Guarantee Wine Storage, d/b/a Mana Fine Arts, and Moishe's Guarantee Asset Management, Inc. d/b/a GAM Inventory Management Services*

CHASAN, LEYNER, & LAMPARELLO, PC

By: _____
Cindy Nan Vogelman
300 Harmon Meadow Boulevard
Secaucus, NJ 07094
(201) 348-6000

*Counsel for Defendant Micha Lang*

SCHIFF HARDIN, LLP

By: _____
Brittany Hope Sokoloff
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 753-5000

*Counsel for Defendant Rami Haim*

POTTERS & DELLA PIETRA LLP

By: _____
Gary Potters
100 Passaic Avenue
Fairfield, NJ 07004
(973) 575-5240

*Counsel for Defendants Moishe Mana, Guarantee Wine Storage, d/b/a Mana Fine Arts, and Moishe's Guarantee Asset Management, Inc. d/b/a GAM Inventory Management Services*

So Ordered
this 25th day of Sept, 2018

Susan D. Wigenton, U.S.D.J.